1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TRACY SMITH,

11          Plaintiff,                    No. 2:12-cv-0494 KJN P

12      vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,
14
            Defendants.              ORDER
15   _____/

16          Plaintiff, a state prisoner proceeding without counsel, filed a civil rights action

17   pursuant to 42 U.S.C. § 1983, on February 24, 2012.  Plaintiff has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore,

19   plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a

20   request to proceed in forma pauperis or to submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24   Court, or the appropriate filing fee; any application to proceed in forma pauperis must be

25   prepared on the form provided with this order and must bear the case number assigned to this

26   action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

                                            1

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to

2   Proceed In Forma Pauperis By a Prisoner.

3   DATED:  March 9, 2012

4

5                                              _____
                                               KENDALL J. NEWMAN
6                                              UNITED STATES MAGISTRATE JUDGE

7   smit0494.3ajfm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7   TRACY SMITH,

8            Plaintiff,                    No. 2:12-cv-0494 KJN P

9       vs.

10  CALIFORNIA DEPARTMENT
    OF CORRECTIONS, et al.,                SUBMISSION OF
11
         Defendants.                       IFP or FILING FEE
12  _____/

13          Plaintiff hereby submits the following document in compliance with the court's

14  order filed _____:

15          _____        IFP affidavit

16          _____        The appropriate filing fee

17  DATED:

18

19                              _____

20                              Plaintiff

21

22

23

24

25

26

3