IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY SMITH,

     Plaintiff,                     No. 2:12-cv-0494 KJN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

     Defendants.                 ORDER

/

        Plaintiff, a state prisoner incarcerated at Mule Creek State Prison, has filed a motion for a certificate of appealability in this civil rights action. Judgment was entered in this court on May 29, 2012, and the case is currently on appeal before the Ninth Circuit Court of Appeals. The certificate requested by plaintiff is not issued in civil rights actions. Rather, a certificate of appealability may issue only in cases seeking a writ of habeas corpus. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        Therefore, plaintiff's motion filed July 3, 2012 (Dkt. No. 12), is denied. Plaintiff is directed to file no further matters in this action unless so directed by this court or the Court of Appeals.

////

////

1       SO ORDERED.
2  DATED: July 13, 2012
3
4                                              _____
                                               KENDALL J. NEWMAN
5                                              UNITED STATES MAGISTRATE JUDGE
6  smit0494.coa.not

2