UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | No.  2:12-cv-0494 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se.  This civil rights action was dismissed on May 29, 2012, and judgment was entered.  On October 20, 2020, plaintiff filed a letter alleging that too much money is being deducted from his inmate trust account for court filing fees.  Plaintiff provided no court case number.  Rather, plaintiff claims one such case was filed in the early 2000s, 2002 or 2003/2004.   (ECF No. 15.)

No filing fee was imposed in this closed case; rather, his request to proceed in forma pauperis was denied and the case was dismissed.  The only other case filed in the Eastern District of California in the time frame referenced by plaintiff was <u>Smith v. Robbins</u>, No. 1:03-cv-6169 AWI DLB.  However, no filing fee was imposed in that closed case because plaintiff's complaint was transferred to the Southern District of California, Case No. 03-CV-2169 IEG (LSP).[1]

---

[1] The Clerk's office for the Southern District of California is located at 333 W. Broadway, San Diego, CA  92101.

1

1   Because no filing fee was imposed in this case, the undersigned is unable to address any
2 alleged over withdrawals from his inmate trust account. Plaintiff may be able to obtain assistance
3 from the prison trust office or his litigation coordinator.
4   Plaintiff is advised that documents filed by plaintiff since the closing date will be
5 disregarded and no orders will issue in response to future filings.
6   IT IS SO ORDERED.
7 Dated:  October 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2